# United States District Court

## Southern District of Georgia

ANDREW SAYERS

_____
Plaintiff

v.

MICROSOFT COPORATION, et al.
_____
Defendant

Case No. 4:24-cv-00078-RSB-CLR

Appearing on behalf of

PLAINTIFF
_____
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __6th__ day of ____May____, __2024__.

*[signature: Christopher L. Ray]*
UNITED STATES MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Tina M. Bullock |
| Business Address: | Bullock Ward Mason |
| | Firm/Business Name |
| | 3350 Riverwood Parkway, Suite 1900 |
| | Street Address |
| | Atlanta     GA     31406 |
| | Street Address (con't)  City  State  Zip |
| | Post Office Box 426 |
| | Mailing Address (if other than street address) |
| | Acworth     GA     30101 |
| | Address Line 2  City  State  Zip |
| | 833-296-5291                              121791 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | tina@bwmlaw.com |