# United States District Court
## *Southern District of Georgia*

Andrew Sayers

_____
Plaintiff

v.

Microsoft Corporation, et al.

_____
Defendant

Case No. 4:24-cv-00078-RSB-CLR

Appearing on behalf of

Defendant Nintendo of America Inc.
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __6th__ day of __August__, __2024__.

_____
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Alison I. Stein |
| Business Address: | Jenner & Block LLP |
| | Firm/Business Name |
| | 1155 Avenue of the Americas |
| | Street Address |
| | New York, NY 10036 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | 212-891-1600 |
| | Telephone Number (w/ area code) / Georgia Bar Number |
| Email Address: | astein@jenner.com |