# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ANDREW SAYERS,<br><br>      Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION, NINTENDO OF AMERICA INC., TAKE-TWO INTERACTIVE SOFTWARE, INC., ROCKSTAR GAMES, INC., ROCKSTAR GAMES UK LIMITED f/k/a ROCKSTAR NORTH LIMITED and DMA DESIGN LIMITED, ACTIVISION BLIZZARD, INC., TREYARCH CORPORATION, ROBLOX CORPORATION, and EPIC GAMES, INC.,<br><br>      Defendants. | CASE NO. 4:24-CV-00078-RSB-CLR<br><br>Judge: Hon. R. Stan Baker |

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel, Todd P. Davis of the law firm of King & Spalding LLP, who is admitted to practice in this Court and hereby notifies the Clerk of Court and the parties in this matter, pursuant to S.D. Ga. Local Rule 83.6, of his appearance on behalf of Defendants Activision Blizzard, Inc., Treyarch Corporation, and Microsoft Corporation in the above-referenced case. All future notices, pleadings, and correspondence may be sent to counsel using the contact information below.

Respectfully submitted this 6th day of September, 2024.

                                                     */s/ Todd P. Davis*
                                                     Todd P. Davis
                                                     Georgia Bar No. 213040
                                                     KING & SPALDING LLP

1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel.: (404) 572-4600
Fax: (404) 572-5100
tdavis@kslaw.com

*Counsel for Defendants*
*Activision Blizzard, Inc., Treyarch Corporation, and*
*Microsoft Corporation*

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on 6th day of September, 2024, the foregoing document was electronically filed with the Clerk of Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Todd P. Davis*
Todd P. Davis
Georgia Bar No. 213040
