# United States District Court

## Southern District of Georgia

ANDREW SAYERS

_____   Case No.  4:24-cv-00078-RSB-CLR
Plaintiff

v.   MICROSOFT CORPORATION, ET AL.   Appearing on behalf of

Epic Games, Inc.
_____
Defendant                       (Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 13th day of September, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Adam F. Minchew

Business Address:   Hueston Hennigan LLP
                    Firm/Business Name

                    1 Little W. 12th Street
                    Street Address

                    _____  New York    NY    10014
                    Street Address (con't)  City   State   Zip

                    _____
                    Mailing Address (if other than street address)

                    _____  _____  _____  _____
                    Address Line 2   City     State    Zip

                    (646) 930-4046                    N/A
                    Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   aminchew@hueston.com