# United States District Court

## *Southern District of Georgia*

ANDREW SAYERS

_____          Case No.  ___4:24-cv-00078-RSB-CLR___

Plaintiff

**v.**

MICROSOFT CORPORATION,          Appearing on behalf of
et al.                                      ___Defendant Microsoft Corporation___
_____
Defendant                              (Plaintiff/Defendant)


## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 16th day of September, 2024.


_____
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:          David N. Sneed
                                      _____

Business Address:              Covington & Burling LLP
                                      _____
                                              Firm/Business Name

                                      850 10th St NW
                                      _____
                                              Street Address

                                      _____  Washington    DC    20001
                                      Street Address (con't)   City    State    Zip


                                      _____
                                      Mailing Address (if other than street address)


                                      _____  _____  _____  _____
                                      Address Line 2    City      State    Zip

                                      (202) 662-6000                N/A
                                      Telephone Number (w/ area code)   Georgia Bar Number

Email Address:                 dsneed@cov.com