# United States District Court

## Southern District of Georgia

Andrew Sayers

_____
Plaintiff

v.

Microsoft Corporation, et al.

_____
Defendant

Case No.  4:24-cv-00078-RSB-CLR

Appearing on behalf of
Defendant Roblox Corporation
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 23rd day of January, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: David Fuad

Business Address: Orrick, Herrington & Sutcliffe LLP
Firm/Business Name

355 S. Grand Ave., Suite 2700
Street Address

_____  Los Angeles   CA   90071
Street Address (con't)   City   State   Zip

_____
Mailing Address (if other than street address)

_____  _____  ___
Address Line 2   City   State   Zip

213-629-2020       _____
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: dfuad@orrick.com