IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANDREW SAYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:24-CV-00078-RSB-CLR |
| ) | |
| ) | Hon. R. Stan Baker |
| ACTIVISION BLIZZARD, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Breean "BW" Walas, who hereby respectfully moves to withdraw as co-counsel of record for Plaintiff Andrew Sayers ("Plaintiff") in this matter because he is leaving employment from the law firm of Bullock Legal Group, PLLC. Tina Bullock, who is also an attorney of record, and Bullock Legal Group, PLLC will continue to represent Plaintiff.

WHEREFORE, Breean "BW" Walas respectfully requests that this Court grant this motion to withdraw as co-counsel of record.

Dated: April 29, 2025            Respectfully submitted,

**BULLOCK LEGAL GROUP, LLC**

*/s/ Breean Walas*
Breean "BW" Walas (admitted *pro hac vice*)
Tina M. Bullock (GBN: 121791)
4900 Ivey Road

-1-

Building 1600, Suite 1605
Acworth, Georgia 30101
(833) 853-4258
(470) 412-6708 (facsimile)
tina@bullocklegalgroup.com
bwalas@bullocklegalgroup.com

*Attorneys for Plaintiff Andrew Sayers*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of ***Motion to Withdraw as Counsel*** was served on counsel of record via the CM/ECF system.

This 29th of April, 2025.

/s/ Breean Walas
Breean "BW" Walas

-2-